01
02
03
04
05

06           UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 | BONNIE J. HIBBS,                         )
   |                                          )  CASE NO. C13-2305-RSM-MAT
09 |       Plaintiff,                         )
   |                                          )
10 |    v.                                    )
   |                                          )  REPORT AND RECOMMENDATION
11 | CAROLYN W. COLVIN, Acting                )
   | Commissioner of Social Security,         )
12 |                                          )
   |       Defendant.                         )
13 | _____  )

14      Plaintiff brought this action to seek judicial review of the denial of her applications for

15 Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) by the

16 Commissioner of the Social Security Administration.  The parties have now stipulated that this

17 case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt.

18 21.)

19      Based on the stipulation of the parties, the Court recommends that this case be

20 REVERSED and REMANDED for further administrative proceedings.  The parties have

21 stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a *de novo*

22 hearing and a new decision regarding plaintiff's DIB and SSI applications; (2) further evaluate

REPORT AND RECOMMENDATION
PAGE -1

plaintiff's sleep apnea and determine whether it is a severe impairment; (3) further evaluate plaintiff's obesity, GERD, and credibility, and (4) determine plaintiff's residual functional capacity.  Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this 21st day of August, 2014.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2